IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD FRANCIS LUEVANO,

    Plaintiff,                    No. CIV S-10-0548 EFB P

    vs.

JACK ST. CLAIR, et al.,

    Defendants.             <u>ORDER</u>

                             /

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests leave to proceed *in forma pauperis*.

        Plaintiff alleges a violation of his civil rights in Tuolumne County, California. Tuolumne County is in the Fresno Division of this court and the action should have been commenced there. *See* Local Rule 120(d). The court has not yet ruled on plaintiff's request to proceed *in forma pauperis*.

        Accordingly, it is hereby ordered that:

        1. This action is transferred to the Fresno Division.

        2. The Clerk of Court shall assign a new case number.

////

////

1

1    3.  All future filings shall bear the new case number and shall be filed at:

        United States District Court
        Eastern District of California
        2500 Tulare Street
        Fresno, CA 93721

DATED: April 12, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2